# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS ABRAMS, ET AL.

VERSUS

OCHSNER CLINIC FOUNDATION,
ET AL.

NO.   2025 CW 0906

**DECEMBER 11, 2025**

---

In Re:   Thomas Abrams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 748748 c/w 751419 c/w 752412.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's July 3, 2025 judgment which granted the exceptions of prescription filed by defendants, Majid Jawad, J.D. (incorrectly named in plaintiff's Petition for Damages as "Jawad Majid, M.D."), James Ratliff, M.D., Naseeruddin Kahn, M.D., and ProAssurance Specialty Insurance Co. as their insurer, and by Ashlyn K. Bergeron, M.D., Leo D. Verlander, Jr., M.D., Cara Cantelli Quin, M.D., and ProAssurance Specialty Insurance Co. as their insurer, and dismissed plaintiff's claims against those defendants, is an appealable judgment. Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to plaintiff, Thomas Abrams, pursuant to his notice of intent to seek supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (per curiam). Additionally, a copy of this court's order is to be included in the appellate record.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT